UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-CR-20330

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE EDUARDO SANCHEZ GRANADOS,

    Defendant.

_____   _____/

## **MOTION  FOR DOWNWARD VARIANCE**

COMES NOW, the Defendant, JORGE EDUARDO SANCHEZ GRANADOS, by and though his undersigned counsel, and respectfully files this his Motion for Downward Variance and, in support of this motion would show unto this court as follows:

1.      Mr. Sanchez Granados is a 36 year old Colombian man with the some college education and an aborted military career due to a back injury he suffered while pursuing a career in the Colombian Military. He has a 7 year old daughter from a previous relationship that he helped to support financially until he was arrested on January 18, 2016 on the instant charges. Mr. Sanchez Granados struggled to make ends meet legally and therefore succumbed to the temptation offered to him by co-conspirators and became involved in drug trafficking

which brings him before this court for sentencing. Mr. Sanchez Granados was extremely unsuccessful and lost way more than he made while attempting to traffic cocaine. As indicated in paragraph 19 of the Presentence Investigation Report, Mr. Sanchez Granados is accountable for 4,450 kilograms of Cocaine to which he has freely admitted. He was only involved in Count I of this Indictment which involves the seizure of 3,826 kilograms of cocaine in Cartagena, Colombia on January 21, 2013.

2.     On the other hand, , HECTOR DANIEL WILCHES PERALTA, who was an equal partner with Mr. Sanchez Granados on Count I, was also involved in Count II, which involved the seizure of 1,406 kilograms of cocaine from a warehouse. Mr. WILCHES-PERALTA is responsible for 5,232 kilograms of cocaine. Nevertheless, Mr. WILCHES-PERALTA   received a 70 month sentence. The Probation Officer states that she recommended a minor role reduction for WILCHES-PERALTA, which this Court adopted, thereby resulting in the 70 month sentence for Mr. WILCHES-PERALTA.

3.     The Defendant herein, Mr. Sanchez Granados, was an equal partner with Mr. WILCHES-PERALTA, only on Count I and is

responsible for 800 kilograms less than WILCHES-PERALTA. Consequently, in order to avoid an unwarranted sentencing disparity, Mr. Sanchez Granados should also receive a 70 month sentence, equal to the sentence recommended by Probation for WILCHES-PERALTA and allegedly adopted by this Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that** on this 18th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court.

Respectfully submitted,

**VICTOR E. ROCHA, P.A.**
990 Biscayne Blvd, Suite O-903
Miami, FL 33132
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: vicrocha@comcast.net

BY: /s /*Victor E. Rocha, Esq.*
     VICTOR E. ROCHA, ESQ.
     Florida Bar No. 366382